UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

NORTHERN DIVISION

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

| | |
|---|---|
| MICHELLE VALADEZ, | CIV. 10-1001 |
| Plaintiff, | STIPULATION FOR DISMISSAL |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant. | |

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

IT IS STIPULATED AND AGREED by the parties to this action, through their respective counsel of record, that this action may be dismissed on the merits, with prejudice and with the parties bearing their own costs. It is further

STIPULATED AND AGREED that the Court may make and enter its Judgment of Dismissal without further notice or hearing to either party, such hearing or notice being expressly waived.

Civ. 10-1001
Stipulation for Dismissal
Page 2

Dated this 22nd day of April, 2010.

                FULLER & SABERS, LLP

                */s/ William Fuller*
                William Fuller
                7521 South Louise Avenue
                Sioux Falls, SD 57108
                Phone 605-333-0003
                E-mail: bfuller@fullerandsabers.com
                Attorneys for Defendant State Farm Mutual
                Automobile Insurance Company

Dated this 26 day of April, 2010.

                TURBAK LAW OFFICE, P.C.

                */s/ Nancy Turbak Berry*
                Ms. Nancy J. Turbak Berry
                1304 4th Street Northeast
                Watertown, SD 57201
                Phone: 605-886-8361
                Fax: 605-886-8383
                Email: nancy@turbacklaw.com
                Attorneys for Plaintiff